

Matthew E. Cohen
MCohen@kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2022

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

August 16, 2022

**VIA ECF**
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

08/17/2022

Re:   **Stephen Gannon v. 209-219 W. 38 LLC, et. al.**
      **Case No.: 22-cv-00879 (ALC)(KHP)**

Dear Judge Parker:

This firm represents Defendant, Ben's Kosher Delicatessen & Restaurant Inc. ("Ben's Deli"), in the above-referenced matter. We write jointly with counsel for Defendant, 209-219 W. 38 LLC ("209-219"). In addition, Plaintiff's counsel has consented to the requests herein.

Defendants Ben's Deli and 209-219 are pleased to report that a settlement in principle has been reached and that the Parties are in the process of drafting a settlement agreement to memorialize the same. As a result, we respectfully request that the Initial Conference currently scheduled for August 23, 2022 be adjourned and all deadlines held in abeyance *sine die* to enable the Parties time to complete the necessary settlement paperwork and file a Stipulation of Dismissal with the Court, which the Parties anticipate will take approximately 30 days.

During a conference call between counsel for all parties that took place on August 5, 2022, a settlement was reached in principle and the parties agreed to file a letter with the Court notifying it of same and respectfully requesting an adjournment of the Initial Conference and upcoming deadlines. Mr. Ford has agreed that a settlement in principle has been reached and is in agreement that we write jointly to Your Honor regarding the above requests.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

*[signature]*

Matthew Cohen

cc:   All Counsel of Record (*via* ECF)