```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHEN GANNON,

                     Plaintiff,

       -against-

209-219 W. 38 LLC et al.,

                    Defendants.
-----------------------------------------------------------------X

22-CV-879 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 17, 2022, the Court, at the parties' request, adjourned the Initial Case Management Conference in light of the parties' representation that they reached a settlement in principle and would file a Stipulation of Dismissal with the court in 30 days. (ECF Nos. 28-29.) As no Stipulation was filed, the parties are ordered to file a joint status letter updating the Court on the status of the case by January 6, 2023.

                  **SO ORDERED.**

DATED:    New York, New York
              December 28, 2022

                                              */s/ Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge