**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all other similarly situated,

          Plaintiff,

-against-

209-219 W. 38 LLC, BEN'S KOSHER DELICATESSEN & RESTAURANT INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

          Defendant.

Civil Action No.: 1:22-cv-00879-ALC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, STEPHEN GANNON, and Defendants, 209-219 W. 38 LLC and BEN'S KOSHER DELICATESSEN & RESTAURANT INC., (the "Parties") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, pursuant to a confidential settlement agreement entered into by the Parties, the action be dismissed with prejudice against all Defendants in this action, with each party to bear its own fees and costs; and

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction of the matter for the sole purpose of enforcing the Settlement Agreement entered into by the Parties, should such enforcement be necessary.

**********

8

Dated: New York, New York  
    March 1, 2023  
*Month, Day, & Year*

FORD & HUFF, LC  
*Attorneys for Plaintiff Stephen Gannon*

By: _____  
    Adam Ford, Esq.

Dated: Woodbury, New York  
    March 2, 2023  
*Month, Day, & Year*

KAUFMAN DOLOWICH & VOLUCK, LLP  
*Attorneys for Defendant Ben's Kosher Delicatessen & Restaurant Inc.*

By: _____  
    Matthew Cohen, Esq.  
    Solomon Abramov, Esq.

Dated: New York, New York  
    March 2, 2023  
*Month, Day, & Year*

GORDON REES SCULLY MANSUKHANI, LLP  
*Attorneys for Defendant 209-219 W. 38 LLC*

By: _____  
    Benjamin Levine, Esq.  
    Andrew Sack, Esq.

SO ORDERED:

_____  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE  
8/2/2023